J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

E-filing
ADR FILED
JUL 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. C08 03524 HRL |
| --- | --- |
| Plaintiff, | ) PLAINTIFF'S DECLINATION TO |
| v. | ) PROCEED BEFORE A MAGISTRATE |
| | ) JUDGE AND REQUEST FOR |
| Andreh Lee and Does 1 – 10, inclusive, | ) REASSIGNMENT TO A UNITED |
| | ) STATES DISTRICT JUDGE |
| Defendants. | ) |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Lee: Declination to Proceed Before Magistrate         - 1 -