# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Adobe Systems Incorporated,

V.

Andreh Lee and Does 1-10, inclusive,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08 03524**

HRL

TO: (Name and address of defendant)

Andreh Lee
51-46 Gorsline St., Basement
Elmhurst, New York 11373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **JUL 23 2008**

Betty J. Walton

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE |
| Name of SERVER || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ | Served Personally upon the Defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☐ | Other *(specify)*: ||
| **STATEMENT OF SERVICE FEES** |||
| TRAVEL | SERVICES | TOTAL |
|  |  |  |
| **DECLARATION OF SERVER** |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |||
| Executed on _____<br>Date | Signature of Server _____<br><br>Address of Server _____ ||
| (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure |||