**United States District Court**
For the Northern District of California

1

2              UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4                     SAN JOSE DIVISION

5

6

7
Adobe Systems Incorporated,                        No. C08-03524
8
                Plaintiff,
9
    v.                                             **CLERK'S NOTICE OF IMPENDING
10                                                 REASSIGNMENT TO A UNITED
Andreh Lee,                                        STATES DISTRICT JUDGE**
11
                Defendant.
12   _____/
13

14
          The Clerk of this Court will now randomly reassign this case to a United States
15
District Judge because one or more of the parties has requested reassignment to a United States
16
District Judge or has not consented to jurisdiction by a Magistrate Judge.
17
          PLEASE TAKE NOTICE that a Case Management Conference in the above-
18
entitled matter which was previously set for November 18, 2008  before the Honorable Judge
19
Howard R. Lloyd has been vacated.
20

21

22

23

24

25
Dated: July 25, 2008                          RICHARD W. WIEKING,
26                                            United States District Court

27
                                               */s/ Patty Cromwell*
28                                            By: Patty Cromwell
                                              Courtroom Deputy Clerk to
                                              Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1

2    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4    J. Andrew Coombs      andy@coombspc.com, jeremy@coombspc.com, katrina@coombspc.com

5    Annie S Wang      annie@coombspc.com, andy@coombspc.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28