1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8
                    UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
10

11 Adobe Systems Incorporated,            )   Case No.  C08-3524 PJH
                                          )
                  Plaintiff,              )   NOTICE OF DISMISSAL PURSUANT
12         v.                             )   TO FED. R. CIV. P. 41(a)
                                          )
13 Andreh Lee, et al.,                    )
                                          )
14                Defendants.             )

15
          PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Adobe Systems
16
   Incorporated dismisses Defendant Andreh Lee only, from the First Amended Complaint, without
17
   prejudice.
18

19

20 Dated:  September 8, 2008              J. Andrew Coombs, A Professional Corp.

21
                                          By:    /s/ Annie S. Wang
22                                               J. Andrew Coombs
                                                 Annie S. Wang
23                                        Attorney for Plaintiff Adobe Systems Incorporated

24
                                                          9/12/08
25

26   [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

27

28

   Adobe v. Lee:  Notice of Dismissal (Lee)      - 1 -

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 8, 2008, I served on the interested parties in this action with the:

FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND TRADEMARK INFRINGEMENT; DEMAND FOR A JURY TRIAL

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

JOINT STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

for the following civil action:

Adobe Systems Incorporated v. Andreh Lee, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Andreh Lee<br>51-46 Gorsline St., Basement<br>Elmhurst, New York 11373 | Jirehova Munthe<br>18 Fairway Drive<br>Danbury, CT 06811 |
|---|---|

Place of Mailing: Glendale, California
Executed on September 8, 2008, at Glendale, California.

_____/s/ Annie S. Wang_____
Annie S. Wang